# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS GLENN KILDUFF AND KILDUFF TRUCKIN, : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> JAYCO, INC., : <br> Defendants. : | Civil No. 5:23-cv-00470-JMG |

## ORDER

**AND NOW,** this 10th day of May, 2023, upon consideration of Defendant's Motion to Change Venue (ECF No. 6) and Plaintiffs' Response (ECF No. 7), **IT IS HEREBY ORDERED** that Defendant's Motion (ECF No. 6) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **TRANSFER** this case to the United States District Court for the Northern District of Indiana.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge